UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21cr1559-H |
| Plaintiff, | FINAL ORDER OF CRIMINAL FORFEITURE |
| v. | |
| CHRISTIAN LOPEZ-VILLEGAS (40), | |
| Defendant. | |

On July 5, 2022, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title, and interest of REYES ESPINOZA ("Defendant") in the following real property, and all property seized in connection with this case pursuant to 18 U.S.C. § 982(a)(1), and 21 U.S.C. §§ 853(a)(1) and (a)(2):

(A) Real property located at 6815 Village Oak Road NE, Remer MN 56672 more particularly described as:

Lots One (1), Two (2), Three (3), Four (4), Five (5), Six (6), and Seven (7), Block (1) and Lot (1), Block (2), Village North CASS County, Minnesota. APN:39-400-0110.

For thirty (30) consecutive days ending on September 10, 2022, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the real property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the

Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third-parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the property.

Thirty (30) days have passed following the final date of notice by publication and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, as a result of the failure of any third-party to come forward or file a petition for relief from forfeiture as provided by law, all right, title, and interest of REYES ESPINOZA and any and all third parties in the following properties are hereby condemned, forfeited, and vested in the United States of America:

(A) Real property located at 6815 Village Oak Road NE, Remer MN 56672 more particularly described as:

Lots One (1), Two (2), Three (3), Four (4), Five (5), Six (6), and Seven (7), Block (1) and Lot (1), Block (2), Village North CASS County, Minnesota. APN:39-400-0110.

IT IS FURTHER ORDERED that costs incurred by the Internal Revenue Service ("IRS"), and any other Governmental agencies which were incident to the seizure, custody and storage of the property be the first charge against the forfeited property.

IT IS FURTHER ORDERED that the IRS dispose of the forfeited property forthwith in accordance with the law.

DATED: 4/4/2023

Hon. Marilyn Huff
United States District Court Judge